THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tarrence Derrel
 Hall, Appellant.
 
 
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No.  2011-UP-250  
Submitted May 1, 2011  Filed May 24, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor W. Walter Wilkins, of Greenville,
 for Respondent.
 
 
 

PER CURIAM:  Tarrence
 Derrel Hall appeals his convictions for resisting arrest with a deadly weapon,
 failing to stop for a blue light, possessing marijuana, and operating a vehicle
 without a driver's license.  He argues the circuit court erred in denying his
 motion for a new trial.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., CURETON and
 GOOLSBY A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.